# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re: Jose M. DeJesus / Elga E. DeJesus, Debtor(s)

Case No. 23-10484
Chapter 7

## Notice of Change of Address

Debtor's Social Security Number:   xxx-xx-4465

Joint Debtor's Social Security Number:   xxx-xx-5173

**My (Our) Former Mailing Address and Telephone Number was:**

Name:   Jose M. DeJesus and Elga E. DeJesus

Street:   172 Petersburg Road

City, State and Zip:   Lancaster, PA 17601

Telephone #:

**Please be advised that effective** immediatly,
**my (our) new mailing address and telephone number is:**

Name:   Jose M. DeJesus and Elga E. DeJesus

Street:   172 Petersburg Road

City, State and Zip:   Lititz, PA 17543

Telephone #:

/s/ Jose M. DeJesus
Jose M. DeJesus
Debtor

/s/Elga E. DeJesus
Elga E. DeJesus
Joint Debtor