Certificate Number: 16339-PAE-DE-037292050

Bankruptcy Case Number: 23-10484



16339-PAE-DE-037292050

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 25, 2023</u>, at <u>1:59</u> o'clock <u>PM EDT</u>, <u>Jose Dejesus</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  March 25, 2023            By:  /s/Kelley Tipton

                                 Name:  Kelley Tipton

                                 Title:  Certified Financial Counselor