Certificate Number: 16339-PAE-DE-037292051

Bankruptcy Case Number: 23-10484



16339-PAE-DE-037292051

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 25, 2023, at 1:59 o'clock PM EDT, Elga Dejesus completed a course on personal financial management given by internet by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  March 25, 2023         By:  /s/Kelley Tipton

                              Name:  Kelley Tipton

                              Title:  Certified Financial Counselor