**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                        : Chapter 7

Jose M. DeJesus and Elga E. DeJesus           : Case No. 23–10484–pmm
　　　　　Debtor(s)

### ORDER

───────────────────────────────────────

AND NOW, this day , June 16, 2023 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court

19
Form 195